# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

LACAL WILSON

NO. 2024 KW 0567

**SEPTEMBER 23, 2024**

---

In Re:     Lacal  Wilson,  applying  for  supervisory  writs,  22nd
           Judicial  District  Court,  Parish  of  St.  Tammany,  No.
           193586.

---

**BEFORE:     THERIOT, CHUTZ, AND HESTER, JJ.**

    **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
a copy of his bill of information, a copy of the motion filed with
the district court, the district court's ruling on that motion,
all  pertinent  transcripts  and/or  minute  entries,  and  any  other
portions of the district court record that might support the claims
raised  in  his  writ  application.  Supplementation  of  this  writ
application  and/or  an  application  for  rehearing  will  not  be
considered. See Uniform Rules of Louisiana Courts of Appeal, Rules
2-18.7 & 4-9.  Any future filing on this issue should include the
entire contents of this application, the missing items noted above,
and a copy of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT